## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

EDMUNDO RUIZ-RUIZ (1)

Defendant.

Case No. 18CR4925-BAS

JUDGMENT OF DISMISSAL

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_ Remand U.S. Court of Appeals, Previously Imposed Sentence is Hereby Set Aside and Vacated, and

\_\_\_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_\_ the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Information:

18:1546(a) - Fraud and Misuse of Visas, Permits, and Other Entry Documents (Felony)

IT IS THEREFORE ORDERED AND ADJUDGED that the Information in this case is hereby dismissed without prejudice and the defendant is hereby discharged as to this case only.

Dated: 12/17/2018

HONORABLE CYNTHIA BASHANT
UNITED STATES DISTRICT JUDGE